IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JERRY T. BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-2028-T/An |
| ) | |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTION, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTION FOR DETERMINATION OF STATUS OF CASE

Plaintiff Jerry T. Burke filed this action on January 11, 2005. On April 19, 2005, the case was transferred from the Western Division of the Western District of Tennessee, at Memphis, to the Eastern Division of the Western District, at Jackson. On June 9, 2005 plaintiff submitted a "Motion for Determination of Status of Case."

It is not necessary to file a motion in order to obtain information about the status of a case; a simple inquiry to the Court Clerk's office will suffice. However, this case is currently undergoing screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A. Plaintiff will be notified if and when the action is allowed to proceed further.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

10 June 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on   06-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02028 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Jerry T. Burke
NWCX
142942
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT