# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

JERRY T. BURKE

v.

STATE OF TENNESSEE, ET AL.,      CASE NUMBER:   1:05-2028-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/14/2005, this case is hereby DISMISSED without prejudice , pursuant to 42 U.S.C. § 1997 e(a).  It is also CERTIFIED  that any Appeal by plaintiff is not taken in good faith.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD
CLERK

7/29/05                    BY: _____
DATE                            DEPUTY CLERK

This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on  08-02-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02028 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Jerry T. Burke
NWCX
142942
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT